# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:11-cr-00064-JCM-CWH |
| vs. | ) | **ORDER** |
| DAVID DAMANTE, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Vacate Hearing Set for February 6, 2012 or, in the Alternative, to Reset the Hearing to February 13, 2012 (#54), filed February 1, 2012. Upon review and consideration,

**IT IS ORDERED** that Defendant's Motion to Vacate Hearing Set for February 6, 2012 or, in the Alternative, to Reset the Hearing to February 13, 2012 (#54) is **denied**. The Court is willing to reschedule the hearing and to also permit Defendant and his counsel to appear telephonically. The Court cannot reset the hearing for the week of February 13 through 17, as the Court will be out of the district. Defendant's counsel is directed to confer with counsel for the Government and Pretrial Services regarding alternative dates for the hearing. Unless otherwise ordered, the current hearing date stands.

DATED this 2nd day of February, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge