# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO.: 2:11-CR-64-JCM-CWH-1 |
| vs. | ) | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| DAVID DAMANTE, | ) | |
| Defendant, | ) | |

NOTICE is hereby given that, subject to approval by the courts, DAVID DAMANTE, substitutes JOEL M. MANN, ESQ., as counsel of record in place of Thomas Baker, Esq.

Contact information for new counsel is as follows:

Law Office of Joel M. Mann
601 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 474-6266
Facsimile: (702) 789-1045

I consent to the above substitution:

2-29-12
DATE

DAVID DAMANTE

I consent to being substituted:

_____
DATE

THOMAS BAKER, ESQ.

I consent to the above substitution:

2-29-12
DATE

JOEL M. MANN, ESQ.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO.: 2:11-CR-64-JCM-CWH-1 |
| vs. | ) | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| DAVID DAMANTE, | ) | |
| Defendant, | ) | |

NOTICE is hereby given that, subject to approval by the courts, DAVID DAMANTE, substitutes JOEL M. MANN, ESQ., as counsel of record in place of Thomas Baker, Esq.

Contact information for new counsel is as follows:

Law Office of Joel M. Mann
601 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 474-6266
Facsimile: (702) 789-1045

I consent to the above substitution:

_____    _____
DATE                          DAVID DAMANTE

I consent to being substituted:

2/29/12
_____    _____
DATE                          THOMAS BAKER, ESQ.

I consent to the above substitution:

_____    _____
DATE                          JOEL M. MANN, ESQ.

The substitution of attorney is hereby approved and so ORDERED:

March 1, 2012
_____    _____
DATE                          JUDGE