|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |
| 3 | * * * |

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,              )    CASE NO.: 2:11-CR-64-JCM-CWH-1
                                    )
vs.                                 )    <u>**CONSENT ORDER GRANTING**</u>
                                    )    <u>**SUBSTITUTION OF ATTORNEY**</u>
DAVID DAMANTE,                      )
                                    )
        Defendant.              )
_____)

NOTICE is hereby given that, subject to approval by the courts, DAVID DAMANTE, substitutes JOEL M. MANN, ESQ., as counsel of record in place of Daniel J. Albregts, Esq.

Contact information for new counsel is as follows:

Law Office of Joel M. Mann
601 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 474-6266
Facsimile: (702) 789-1045

I consent to the above substitution:

2-29-12
_____           _____
DATE                                   DAVID DAMANTE

I consent to being substituted:

_____           _____
DATE                                   DANIEL J. ALBREGTS, ESQ.

I consent to the above substitution:

2-29-12
_____           _____
DATE                                   JOEL M. MANN, ESQ.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID DAMANTE, ) <br> ) <br> Defendant, ) <br> ) | CASE NO.: 2:11-CR-64-JCM-CWH-1 <br><br> **CONSENT ORDER GRANTING** <br> **SUBSTITUTION OF ATTORNEY** |

NOTICE is hereby given that, subject to approval by the courts, DAVID DAMANTE, substitutes JOEL M. MANN, ESQ., as counsel of record in place of Daniel J. Albregts, Esq.

Contact information for new counsel is as follows:

Law Office of Joel M. Mann
601 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 474-6266
Facsimile: (702) 789-1045

I consent to the above substitution:

_____     _____
DATE                            DAVID DAMANTE

I consent to being substituted:

2/29/12                         [signature]
_____     _____
DATE                            DANIEL J. ALBREGTS, ESQ.

I consent to the above substitution:

_____     _____
DATE                            JOEL M. MANN, ESQ.

The substitution of attorney is hereby approved and so ORDERED:

March 1, 2012                   [signature]
_____     _____
DATE                            JUDGE