UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 2:11-cr-064-MMD-CWH |
| DAVID DAMANTE, | ) | ORDER |
| Defendant. | ) | |

On March 21, 2013, the Court ordered the appointment of Mitchell L. Posin, Esq. terminated and ordered new counsel appointed (#179). Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for David Damante in place of Mitchell L. Posin, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Posin shall forward the file to Federal Public Defender forthwith.

DATED this 1st day of April, 2013.

Nunc Pro Tunc Date: March 22, 2013.

_____
CARL W. HOFFMAN
United States Magistrate Judge