UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00064-APG-CWH |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| DAVID DAMANTE, | |
| Defendant. | |

On May 8, 2013, the court received a letter from Defendant David Damante. The court will not take any action on this letter, as the appropriate means to communicate with the court is by motion filed on the docket rather than by *ex parte* communication. *See* Local Criminal Rule 47-3. In addition, the letter does not satisfy the requirements for *ex parte* motions. *See* Local Criminal Rule 47-2. Accordingly, the court has forwarded the letter to Mr. Damante's counsel—Mr. Richard F. Boulware, of the Federal Public Defender in Las Vegas—to take whatever action Mr. Boulware deems appropriate.

IT IS SO ORDERED.

DATED THIS 8th day of MAY 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE