UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID DAMANTE, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:11-cr-064-APG-CWH <br><br> ORDER |

On September 23, 2013, the Court granted the Federal Public Defender's sealed motion for appointment of counsel (#229) and ordered new counsel appointed (#231). Therefore;

IT IS HEREBY ORDERED that Jeremy Delicino, Esq. is appointed as counsel for David Damante in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Delicino forthwith.

DATED this 27th day of September, 2013.

Nunc Pro Tunc Date: September 24, 2013.

_____
CARL W. HOFFMAN
United States Magistrate Judge